**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                            **CASE NO. 4:09cr16-SPM**

**ERIC RANNON ROWLS,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Defendant proposed to enter a guilty plea to Counts One, Two, Three and Four of the charges in this indictment, and a consent to proceed before me was filed. There were some initial difficulties as Defendant appeared reluctant to consent.

When I discussed the factual basis of the plea with Defendant, Defendant refused to admit the essential elements of Count One. I gave him a chance to confer with counsel. He and his lawyer conferred. Counsel for Defendant then said that Defendant had been reluctant for some time to enter a guilty plea, and counsel recommended that the case go forward to trial. I gave Defendant until the end of the day today to inform me whether he wished to try again to enter a guilty plea, and I instructed Defendant's counsel to move for a continuance of the trial if more time was needed to schedule a guilty plea. A continuance would be needed as I am not available

all next week to hear the guilty plea.  I have not heard from Defendant and conclude that Defendant does not wish to plead guilty.  Defendant has not moved for a continuance.

Accordingly, it is **RECOMMENDED** that the Court conduct the trial of this case as scheduled.

**IN CHAMBERS** at Tallahassee, Florida, on July 10, 2009.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 24 hours after receiving a copy of this report and recommendation.**