## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**   **CASE NO. 4:09-cr-16-SPM/WCS**

**ERIC RANNON ROWLS,**

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 26) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **ERIC RANNON ROWLS**, to Counts One, Two, Three, and Four of the indictment is hereby **REJECTED.**

**DONE AND ORDERED** this twenty-first day of July, 2009.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       Chief United States District Judge