IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	Case Nos.:	4:09cr16/RV/CAS
		4:12cv114/RV/CAS

ERIC RANNON ROWLS[1]
_____/

# **O R D E R**

This cause comes before the court for consideration upon the Magistrate Judge's Report and Recommendation, dated September 20, 2013 (doc. 154). The petitioner has been provided with a copy of the Report and has been afforded an opportunity to file --- and has filed --- objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of his objections.

Having considered the Report, and the timely filed objections thereto (doc. 155), I have determined that the Report should be adopted.

In his objections to the Report, the petitioner faults the Magistrate Judge for not addressing two recent Supreme Court decisions, Descamps v. United States, — U.S. —, 133 S. Ct. 2276 (2013), and Alleyne v. United States, — U.S. —, 133 S. Ct. 2151 (2013), which the Magistrate Judge previously indicated he would address "to the extent either is applicable" (see doc. 149). Descamps is not applicable as it interpreted the term "violent felony" for purposes of the Armed Career Criminal Act, which petitioner was not charged under. Alleyne held that facts which increase mandatory minimum sentences must be given to the jury and proved beyond a reasonable doubt. However, prior criminal convictions are excluded from Alleyne, and therefore it is not applicable either.

Accordingly, it is now **ORDERED** as follows:

1.	The Report is adopted and incorporated by reference in this order.

---

[1] As noted by the Magistrate Judge, the docket sheet reflects Defendant's name as Eric Rannon Rowls, although Defendant's middle name is actually "Rayonn" (doc. 28 at 2,4). The court previously requested that the Government make the amendment (id. at 2), although no change is reflected in the record.

2. The clerk shall amend the docket to reflect that Defendant's middle name is "Rayonn."
3. The second amended motion to vacate, set aside, or correct sentence (doc. 135) and the claims raised in Defendant's earlier amended motion to vacate (doc. 125) are **DENIED**.
4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of October, 2013.

                     /s/ *Roger Vinson*
                     **ROGER VINSON**
                     **SENIOR UNITED STATES DISTRICT JUDGE**