IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                          Case Nos.:   4:09cr16/RV/CAS
                                                          4:15cv286/RV/CAS
ERIC RANNON ROWLS
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 9, 2015.  (Doc. 184).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of Defendant's timely filed objections.  (Doc. 185).

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion to vacate, set aside, or correct sentence (doc. 183) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 30th day of June, 2015.

                    /s/ *Roger Vinson*
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**